

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2022

No. 04-21-00531-CV

Deann and Richard **LUPARDUS**,
Appellants

v.

Minesh **PATEL**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021-CV-02477
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellants' brief originally was due on April 18, 2022. On that date, the clerk of this court contacted appellants about their brief, but appellants have not responded. Appellants are hereby ORDERED to file, **no later than June 6, 2022**, their brief and a written response reasonably explaining: (1) their failure to timely file a brief, and (2) why appellee is not significantly injured by appellants' failure to timely file a brief. If appellants fail to timely file a brief and the written response by **June 6, 2022**, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court